UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:23-CR-00347-D

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | **NOTICE OF DISMISSAL** |
| v. ) | |
| ) | |
| GEORGE LESLIE SULLIVAN ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of the Court endorsed hereon, the United States Attorney for the Eastern District of North Carolina hereby dismisses the Criminal Information in this case for the following reason:

The United States filed a Criminal Information on November 1, 2023, charging the Defendant with a single count of Conspiracy to Commit Wire Fraud in violation of Title 18, United States Code, Section 1349. Prior to filing the Information, the Government had negotiated and memorialized a plea agreement with the Defendant, which was contemporaneously filed with the Court. Counsel for the Defendant, however, has since notified counsel for the Government that the Defendant intends to plead "not guilty" at the Rule 11 Hearing.

Because the filing of the Criminal Information was premised on a preceding mutual agreement by the Parties which is now void, the Government seeks dismissal of the Criminal Information without prejudice pursuant to Rule 48(a) of the

Federal Rules of Criminal Procedure.

Respectfully submitted this 3rd day of September, 2024.

                                  MICHAEL F. EASLEY, JR.
                                  United States Attorney

BY:   */s/ David G. Beraka*
       David G. Beraka
       Assistant United States Attorney
       150 Fayetteville Street, Suite 2100
       Raleigh, NC 27601
       Telephone: (919) 856-4871
       Email: david.beraka@usdoj.gov
       N.C. Bar No. 54090

Leave of Court is granted for the filing of the foregoing dismissal.

                                  JAMES C. DEVER III
                                  United States District Judge

Date: 9/4/24